UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE | : |
| | : |
| V. | :  Case No. 18-106-JJM-LDA |
| | : |
| JOHNSON & WALES UNIVERSITY | : |

### DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFF'S RESPONSE TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Johnson & Wales University ("JWU") responds briefly to Plaintiff's objection to JWU's motion to compel.

Plaintiff notes that JWU has given Plaintiff several extensions to respond to JWU's document requests and interrogatories propounded in early June, which extensions passed without compliance. After JWU filed its motion to compel, counsel conferred regarding the outstanding discovery and agreed to schedule Plaintiff's deposition to occur on November 1, 2018.

To allow JWU sufficient time to review the discovery responses and prepare for Plaintiff's deposition, JWU requests that the Court enter an order requiring Plaintiff's production of his past due responses by Friday, October 5, 2018.  JWU's motion to compel should be granted, not denied as suggested by Plaintiff.

/s/ Steven M. Richard

Steven M. Richard (#4403)
Jeffrey S. Brenner (#4359)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
Tel: 401-454-1020
Fax: 401-454-1030
srichard@nixonpeabody.com

Dated:  September 24, 2018            Attorneys for *Defendant Johnson & Wales University*

4815-1373-3492.1

## **CERTIFICATE OF SERVICE**

      I certify that, on the 24th day of September, 2018, I served this Reply upon Plaintiff's counsel by electronic mail through the Court's EM/ECF system.

                                              /s/ Steven M. Richard