UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
    Plaintiff,

v.                                     C.A. NO.:  18-106-JJM-LDA

JOHNSON & WALES UNIVERSITY,
    Defendant.

## STIPULATION EXTENDING TIME FOR DEFENDANT'S SERVICE OF ITS DISCOVERY RESPONSES AND OBJECTIONS

    Plaintiff John Doe and Defendant Johnson & Wales University ("JWU") stipulate that JWU shall have up to and including January 14, 2019 to serve its responses and any objections to Plaintiff's First Request for Production of Documents.

| JOHN DOE | JOHNSON & WALES UNIVERSITY, |
|---|---|
| By His Attorney, | By Its Attorneys, |
| | /s/ Steven M. Richard |
| /s/ James P. Ehrhard | /s/ Jeffrey S. Brenner |
| James P. Ehrhard (BBO No. 651797) | Steven M. Richard (#4403) |
| Ehrhard & Associates, PC. | Jeffrey S. Brenner (#4369) |
| 250 Commercial St., Suite 410 | Nixon Peabody LLP |
| Worcester, MA  01608 | One Citizens Plaza, Suite 500 |
| Tel: 508-791-8411 | Providence, RI  02903 |
| ehrhard@ehrhardlaw.com | Tel:  401-454-1020 |
| | Fax:  401-454-1030 |
| Dated: December 20, 2018 | srichard@nixonpeabody.com |
| | jbrenner@nixonpeabody.com |
| | Dated: December 20, 2018 |