# EXHIBIT A



CONFIDENTIAL

# Welcome to the Office of Student Conduct!

Betsy Gray- Director of Student Conduct and Programs

Marshall Lancey- Assistant Director

Joyce Motta- Administrative Assistant

Our office is located on the 2nd floor of the Friedman Center

2

 JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

## Conduct Philosophy

The Office of Student Conduct engages students in meaningful educational opportunities that promote ethical behavior and citizenship.

- As a hearing officer, you are now officially (unofficially?) a member of the Student Conduct team!

3

 JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

## Foundational Principles

All our conversations with students are grounded in 3 primary principles that state we will:

- provide a consistent message regarding the Code of Conduct and the Conduct Review Process to the JWU Community
- create opportunities for students to reflect upon their character and how it impacts decision making , their community, and their opportunity to be successful.
- Provide opportunities through creative initiatives that challenge students to be responsible citizens

4

 JOHNSON & WALES UNIVERSITY

CONFIDENTIAL

## Jurisdiction

- All on-campus conduct
- Off-campus conduct which relates to:
  - The good name of the JWU system
  - The integrity of the educational process
  - The safety and welfare of the JWU system community, either in its public personality or in respect to individuals within it

There is no statute of limitations on conduct cases.

5

 JOHNSON & WALES
UNIVERSITY

JWU000025

## Conduct v. Criminal and Civil Proceedings

**Student Conduct is a wholly separate system from criminal and civil proceedings**

- Students can be charged with a crime and a violation of the Student Code of Conduct at the same time
- Sanctions will not change based on the outcome of a criminal or civil process
- A preponderance (majority) of the evidence (50.01%) is the standard of evidence throughout student conduct proceedings.

6

 JOHNSON & WALES UNIVERSITY

CONFIDENTIAL

## The Code of Conduct

1. Harming of Endangering
2. Bias and Harassment
3. Sexual Misconduct
4. Drugs
5. Alcohol
6. Theft and Abuse of Property
7. Failure to Comply and Interference
8. Dishonesty
9. Other Prohibited Conduct

7



JOHNSON & WALES
U N I V E R S I T Y

CONFIDENTIAL

# Your Most Common Charges

- Alcohol
- Marijuana
- Behavior that would offend or frighten
- Failure to comply with the Guide to On Campus Living
- Endangering or threatening health or safety

8

 JOHNSON & WALES
U N I V E R S I T Y

# Questions about the Student Code of Conduct?



9

CONFIDENTIAL



# Student Conduct Process

10



CONFIDENTIAL

## Conduct Review Process

- Reporting of an Incident
- Initial Review
- Student Conduct Case
- Appeal

11


JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

# Steps Leading to a Panel Hearing

**Panel Hearings only take place when a responsible finding could result in suspension or dismissal**

**Pre-Hearing meeting:**

- Student reads all evidence that will be presented to panelists
- Student learns the panel hearing procedures
- Explain nature of the charges
- Gives the student the opportunity to "Acknowledge Responsibility"

**Panel Hearing scheduling:**

- Based on students academic schedule
- Joyce will e-mail a call for panelists
- Joyce will confirm panelists selected for the hearing (3 active, 1 reserve)
- The student is notified of the date and time

12

 JOHNSON & WALES UNIVERSITY

JWU000032

## Panelist Expectations

- Punctuality- please arrive at least 20 minutes prior to the hearing start time to review all materials
- Confidentiality
- Be familiar with JWU Policy and hearing procedures as outlines in the Code of Conduct
- Treat one another and students with respect
- Neutral, unbiased, open attitude

13

 JOHNSON & WALES UNIVERSITY

CONFIDENTIAL

## Language

**Legal**

- Suspect
- Victim
- Crime
- Write-Up
- Trial/Court
- Jury/Judges
- Guilty
- Not Guilty
- Testify
- Advocate

**Educational**

- Respondent
- Complainant
- Incident
- Incident Report
- Hearing
- Panelists
- Responsible
- Not Responsible
- Provide Information
- Advisor

14

JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

JWU000034

## Hearing Overview

- The Hearing Officers facilitate the process and will guide panelists and students through each step.

*Only relevant information regarding the incident can be presented during the hearing.*

- Who to expect:
  - Respondent
  - Complainant (Title IX cases only)
  - Witnesses with relevant information
  - Advisor
    - for both Respondent and Complainant (Title IX)
    - Any person of their choosing
    - "potted plant", may not participate in any manner

15

JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

## Information Gathering Tips

Remember: the goal is to determine whether it is more likely than not that the behavior occurred. All questions should be centered around that goal.

- When you are first reading the report you should:
  - Review assigned charges in the Student Code of Conduct
  - Note anything that is unclear
  - Make notes about questions you need answered (from respondent or witnesses) on the provided notes sheet
    - Gather information that helps determine if that violation occurred
  - Highlight pieces of information that you think are particularly important in relation to the charges
  - Ask Hearing Officer for clarification

16

JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

## During the hearing

- Maintain neutral composure and expressions
- Actively listen and make notes on key points
- Refer back to notes from your review of the report
- Note discrepancies from student statements vs. UIR and other documents
- Constantly ask yourself: what information do I need to determine if the behavior occurred?
- Ask relevant questions to reach a determination – do not assume it happened exactly the way you read it.

17

 JOHNSON & WALES
U N I V E R S I T Y

CONFIDENTIAL

## Skills and Knowledge to Consider

- Neutrality
- Active Listening
- Open-ended Questions
- Body Language
- Set Up/Announcing Notetaking
- Professionalism
- Timing/Progress
- Mindfulness of sensitive issues

18

 JOHNSON & WALES
U N I V E R S I T Y

CONFIDENTIAL

## Active Listening Activity

- The bug is round.
- The bug has eight legs, grouped in pairs, with four legs on the left and four legs on the right.   In the pairs, one leg is longer than the other.
- The bug has two eyes on top of the body.
- The bug has two squiggly antennas.
- The bug has two pea-pod shaped wings.
- The bug has a spot next to each wing.
- The bug has a triangular stinger on the bottom of its body.
- The bug has two feelers on each foot – one longer than the other, both coming from the same side of the leg.
- The bug has a round mouth, placed between the two eyes.
- The bug laid five square eggs to the left of the stinger.

19

 JOHNSON & WALES
U N I V E R S I T Y

JWU000039



20

CONFIDENTIAL

JWU000040

# After the hearing

- The panel is given time to deliberate
- The panel should come to a unanimous decision for each individual charge
- The Hearing Officer will not participate in the formulation of a decision but can answer questions about the process or Student Code of Conduct
- The panel will recommend appropriate sanctions for the Hearing Officer to consider

Rationale Worksheet (VAWA related offenses only)

21

 JOHNSON & WALES UNIVERSITY

CONFIDENTIAL

## The Decision

- Must be made based on RELEVANT information provided during the panel hearing (report, statements, witnesses, questions/answers)

- Can NOT be made based on knowledge of a prior violation, your personal opinion about the student, or your own personal values/beliefs

- Can NOT speculate on what other information would have yielded

22

 JOHNSON & WALES UNIVERSITY

JWU000042

## Rationales

VAWA: A written rationale must be provided to both complainant and respondent in cases of Dating Violence, Domestic Violence, Sexual Assault and Stalking.

- Panelists will complete the worksheet in their own words
- Will be used to write rationale sent to complainant and respondent
- Must consider and discuss each section (element) of the worksheet and fill out
- Panelists may NOT ask the Hearing Officer for guidance/advice about the decision. Procedural Q's only.

23


JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

JWU000043

# Worksheet

**Hearing Rationale Worksheet, Dating/Domestic Violence**

*This document is to be used by the hearing panel or officer to form a final rationale for a student conduct hearing. It is not to be shared externally, except in response to a valid FERPA request.*

1. Our objective is to determine whether or not _____
   is Responsible for Violating for Dating Violence or Domestic Violence.

2. We had the opportunity to evaluate the following documents:
   ☐ Campus Safety & Security Unit # _____
   ☐ Residential Life report
   ☐ Other relevant documentation provided during the Panel hearing by:
      ☐ the complainant (describe documents) _____
      ☐ the respondent (describe documents) _____

3. We had the opportunity to hear the following statements during the Panel hearing:
   ☐ the complainant's statement (while taking into consideration on trauma informed investigation and practices)
   ☐ the respondent's statement
   ☐ witness statement(s) (list all names) _____

4. The following information from section 2 and 3, particularly supported the position that the respondent DID violate the 11 provision of the Student Code of Conduct.
   a.) Step One: Act Inquiry – Violent Act
   _____
   _____

   b.) Step Two: Relationship Inquiry – Current Relationship (Intimate Nature/Romantic Nature) and/or Past Relationship (Intimate Nature/Romantic Nature)
   _____
   _____

5. The following information from section 2 and 3, particularly supported the position that the respondent is DID NOT violate the 1a provision of the Student Code of Conduct.
   a.) Step One: Act Inquiry – Violent Act
   _____
   _____

   b.) Step Two: Relationship Inquiry – Current Relationship (Intimate Nature/Romantic Nature) and/or Past Relationship (Intimate Nature/Romantic Nature)
   _____
   _____

24

JOHNSON & WALES
UNIVERSITY

JWU000044

## Approach to Sanctions

In all cases, through sanctioning, the office hopes to:

- Help students understand how their behavior impacts the community and why it needs to change
- Ensure the security of the JWU community
- Apply only as much pressure as necessary to elicit behavioral change

25

 JOHNSON & WALES
UNIVERSITY

CONFIDENTIAL

## FERPA

- The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) is a Federal law that protects the privacy of student education records. The law applies to all schools that receive funds under an applicable program of the U.S. Department of Education.

Other than a letter to a parent/guardian as a sanction, you should check with Student Conduct before communicating with a parent/guardian about their student's conduct record/situation.

26

 JOHNSON & WALES UNIVERSITY

CONFIDENTIAL

# Questions about the Student Conduct Hearing Process?

27



CONFIDENTIAL