UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 18-cv-106-JJM-LDA |
| JOHNSON & WALES UNIVERSITY, ) | |
| ) | |
| Defendant ) | |
| ) | |

### *ASSENTED TO* MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, by counsel, and respectfully requests that this Honorable Court extend the time in which the Plaintiff may file a Response to the Defendant's Motion for Summary Judgment ("Motion") up to and including August 9, 2019.

In support thereof, the Plaintiff states that he is continuing to research and prepare his Response to the Motion and needs further time to vet and draft his full response. The current deadline to respond is today's date of July 19, 2019. The Plaintiff requests an extension up to and including August 9, 2019. The Plaintiff will not need any further extensions.

The Defendant, by its counsel, has assented to this extension Request.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court extend the period of time in which the Plaintiff may file his Response to the pending Motion for Summary Judgment up to and including August 9, 2019,

    Respectfully submitted,
    JOHN DOE,
    By his attorney,

                                                  /s/ James P. Ehrhard  
                                                  James P. Ehrhard, Esq., Mass. BBO #651797  
                                                  Ehrhard & Associates, P.C.  
                                                  250 Commercial Street, Suite 410  
                                                  Worcester, MA  01608  
                                                  (508) 791-8411  
                                                  ehrhard@ehrhardlaw.com  

Dated: July 19, 2019

## CERTIFICATE OF SERVICE

      I, James P. Ehrhard, hereby certify that I served the above Motion to the following parties on today's date via U.S. Mail postage prepaid if not noted as having received copies via ECF:

Jeffrey S. Brenner, Esq., VIA ECF

Steven M. Richard, Esq., VIA ECF

                                                            /s/ James P. Ehrhard  
                                                            James P. Ehrhard, Esq.

Dated: July 19, 2019