AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| JOHN DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    C.A. No. 18-CV-00106-MSM-LDA |
| JOHNSON & WALES UNIVERSITY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHNSON & WALES UNIVERSITY                                                                                    .

Date:      12/20/2019                                               /s/ Jeremy Licht
                                                                              *Attorney's signature*


                                                                              Jeremy Licht (#9518)
                                                                              *Printed name and bar number*

                                                                              Johnson & Wales University
                                                                              8 Abbott Park Place
                                                                              Providence, RI  02903

                                                                              *Address*

                                                                              jeremy.licht@jwu.edu
                                                                              *E-mail address*

                                                                              (401) 598-1027
                                                                              *Telephone number*

                                                                              (401) 598-2240
                                                                              *FAX number*