UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE,<br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & WALES UNIVERSITY,<br>　　　　　　Defendant. | C.A. NO.: 18-106-MSM-LDA |

### DEFENDANT JOHNSON & WALES UNIVERSITY'S
### MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CLARIFICATION

Defendant Johnson & Wales University ("JWU") respectfully moves for the Court's reconsideration or, in the alternative, clarification of its Memorandum and Order entered on November 26, 2019 (Doc. No. 72), as to its denial of JWU's motion for summary judgment regarding Counts I and II of Plaintiff's Complaint (respectively, Plaintiff's claims for Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing). JWU has filed a memorandum of law in support of this motion.

Pursuant to Local Rule Cv. 7(c), JWU requests that the Court hold a hearing to receive oral argument on this motion. JWU estimates that the hearing will require approximately sixty (60) minutes of the Court's time.

　　　　　　　　　　　　　　　　　　　　　JOHNSON & WALES UNIVERSITY

　　　　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy Licht
　　　　　　　　　　　　　　　　　　　　　Jeremy Licht (#9518)
　　　　　　　　　　　　　　　　　　　　　Johnson & Wales University
　　　　　　　　　　　　　　　　　　　　　8 Abbott Park Place
　　　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　　　Tel: (401) 598-1027
　　　　　　　　　　　　　　　　　　　　　Fax: (401) 598-2240
　　　　　　　　　　　　　　　　　　　　　jeremy.licht@jwu.edu

        /s/ Steven M. Richard
Steven M. Richard (#4403)
Jeffrey S. Brenner (#4539)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
Tel: (401) 454-1020
Fax: (401) 454-1030
srichard@nixonpeabody.com
jbrenner@nixonpeabody.com

Dated:  December 20, 2019

## CERTIFICATE OF SERVICE

    I certify that on, December 20, 2019, this motion was filed and served electronically through the Court's CM/ECF system.

    /s/ Steven M. Richard