UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE,<br>　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & WALES UNIVERSITY,<br>　　　　　Defendant. | C.A. NO.: 18-106-MSM-LDA |

**ASSENTED-TO MOTION OF DEFENDANT JOHNSON & WALES UNIVERSITY FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY MEMORANDUM**

　　Defendant Johnson & Wales University ("JWU") respectfully moves for the Court's allowance of an enlargement of time for the filing of JWU's reply memorandum in support of its motion seeking reconsideration or, in the alternative, clarification of the Court's Memorandum and Order entered on November 26, 2019. Currently, JWU's reply memorandum is due on Tuesday, January 21, 2020. JWU requests an enlargement of its filing deadline to up to and including Tuesday, February 4, 2020.

　　JWU requires additional time to review and address the citations in Plaintiff's opposition memorandum. Additionally, the schedules of JWU's counsel have limited their ability to complete their drafting of the reply memorandum within the current response period.

　　Before filing this motion, JWU's counsel conferred with Plaintiff's counsel, and Plaintiff has no objection to the requested enlargement of JWU's filing deadline to up to and including Tuesday, February 4, 2020.

2

        JOHNSON & WALES UNIVERSITY

        By its Attorneys,

        Jeremy Licht
        Jeremy Licht (#9518)
        Johnson & Wales University
        8 Abbott Park Place
        Providence, RI 02903
        Tel: (401) 598-1027
        Fax: (401) 598-2240
        jeremy.licht@jwu.edu

        /s/ Steven M. Richard
        Steven M. Richard (#4403)
        Jeffrey S. Brenner (#4539)
        Nixon Peabody LLP
        One Citizens Plaza, Suite 500
        Providence, RI  02903
        Tel: (401) 454-1020
        Fax: (401) 454-1030
        srichard@nixonpeabody.com
        jbrenner@nixonpeabody.com

Dated:  January 17, 2020

## CERTIFICATE OF SERVICE

      I certify that on, January 17, 2020, this assented-motion was filed and served electronically through the Court's CM/ECF system.

        /s/ Steven M. Richard