UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE

v.                                    C.A. NO.: 18-cv-00106-MSM-LDA

JOHNSON & WALES UNIVERSITY

## DEFENDANT'S WITHDRAWAL OF ATTORNEY JEREMY LICHT'S APPEARANCE

Defendant Johnson & Wales University ("JWU") withdraws the appearance of Attorney Jeremy Licht as its co-counsel of record. Attorney Licht is no longer employed in JWU's Office of General Counsel.

Steven M. Richard and Jeffrey S. Brenner of Nixon Peabody LLP remain as JWU's counsel of record.

JOHNSON & WALES UNIVERSITY

By Its Attorneys,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Jeffrey S. Brenner (#4359)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: 401-454-1020
Fax: 401-454-1030
Email: srichard@nixonpeabody.com
       jbrenner@nixonpeabody.com

Dated: July 29, 2020

## CERTIFICATE OF SERVICE

I certify that on the 29th day of July, 2020, a copy of this withdrawal of appearance via the Court's CM/ECF system.

/s/ Steven M. Richard

4837-1818-4645.1