UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
        Plaintiff,

v.                                                          C.A. NO.: 18-106-MSM-LDA

JOHNSON & WALES UNIVERSITY,
        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff John Doe hereby stipulates and agrees that any and all claims against Defendant Johnson & Wales University are dismissed with prejudice, without costs to any party, and with all rights of appeal waived.

| PLAINTIFF JOHN DOE, BY HIS ATTORNEYS | DEFENDANT JOHNSON & WALES UNIVERSITY, BY ITS ATTORNEYS |
|---|---|
| /s/    James P. Ehrhard | /s/    Steven M. Richard |
| James P. Ehrhard, Esq. (MA BBO#651797)<br>Ehrhard & Associates, P.C.<br>250 Commercial Street, 4th Floor<br>Worcester, MA 01608<br>E-mail: ehrhard@ehrhardlaw.com<br>October 20, 2020 | Steven M. Richard, Esq. (#4403)<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903<br>E-mail: srichard@nixonpeabody.com<br>October 20, 2020 |